# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RUDOLPH LURDING

NO. 2025 KW 0965

**NOVEMBER 3, 2025**

---

In Re:     Rudolph Lurding, applying for supervisory writs, 21st
           Judicial District Court, Parish of Tangipahoa, No. CR-
           1802624.

---

BEFORE:    LANIER, WOLFE, AND HESTER, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling on the motion to correct an illegal sentence, the minutes and/or transcript of his sentencing hearing, and a copy of the motion to correct an illegal sentence hearing transcript. See **City of Baton Rouge v. Plain**, 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Accordingly, this court cannot adequately review the trial court's ruling at issue. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so on or before February 19, 2026. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT